

ORDERED in the Southern District of Florida on October 1, 2017.

_Laurel M. Isicoff_
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re:<br>William O'Malley<br>    Debtor(s). | Case No. 17-19249-LMI<br>Chapter 7 Case |

**ORDER ON WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A'S MOTION TO CONFIRM NO AUTOMATIC STAY, REQUEST FOR ENTRY OF ORDER GRANTING RELIEF AGAINST THE PROPERTY, AND MOTION TO DISMISS CASE**

This case came on for consideration at Hearing on September 6, 2017 on the Motion to Confirm No Automatic Stay, Request for Entry of Order Granting Relief Against the Property, and Motion to Dismiss Case, filed by Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A ("Movant") (Document No. 17 and 21). Accordingly, it is

**ORDERED:**

1. The Motion (Document No. 17 and 21) is granted as to Movant's request to confirm no automatic stay is in place as to the property located at 4250 Bay Point Rd., Miami, FL 33137. The $181 filing fee was paid on August 16, 2017.

2. The Motion (Document No. 17 and 21) is denied, without prejudice, as to Movant's Request for Entry of an Order Granting Relief against the Property for a period of 1 year.

3. Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is denied.

•••

Submitted by:
Alexandra Kalman, Esq.
Lender Legal Services, LLC
201 E. Pine Street, Suite 730
Orlando, FL 32801
(407) 730-4644
emartell@lenderlegal.com

Alexandra Kalman, Attorney for Movant, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.